**Micah D. Fargey** (OSB No. 096814)
micah@fargeylaw.com
FARGEY LAW PC
7455 SW Bridgeport Road, Suite 220
Portland, Oregon 97224
Telephone: (503) 946-9426
Facsimile: (503) 342-8332

Attorney for Plaintiff
**Charles Stoneroad**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **CHARLES STONEROAD**, an individual, | Case No. 6:16-cv-2227-JR |
| Plaintiff, | **STIPULATED GENERAL JUDGMENT OF DISMISSAL** |
| vs. | |
| **CITY OF SALEM**, a municipal corporation, **DEVIN SHERRELL**, in his individual and official capacity, | |
| Defendants. | |

## STIPULATED GENERAL JUDGMENT OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Charles Stoneroad, by and through his counsel Micah D. Fargey, and defendants City of Salem and Devin Sherrell, by and through their counsel Liani J. Reeves, hereby stipulate to the dismissal of the above-entitled case, with prejudice and without costs or attorney fees to any party.

Dated June 27, 2017.

FARGEY LAW PC

by: /s/ Micah D. Fargey
Micah D. Fargey (OSB No. 096814)
micah@fargeylaw.com
7455 SW Bridgeport Road, Suite 220
Portland, Oregon 97224
Telephone: (503) 946-9426
Facsimile: (503) 342-8332

Attorneys for Plaintiff
**Charles Stoneroad**

BULLARD LAW

by: /s/ Liani J. Reeves
Liani J. Reeves, 013904
lreeves@bullardlaw.com
200 SW Market Street, Suite 1900
Portland, Oregon 97201
503-248-1134/Telephone
503-224-8851/Facsimile

Attorneys for Defendants
**City of Salem and Devin Sherrell**